# COURT OF APPEALS
## FOR THE
## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:      August 13, 2015

Case Number:   03-15-00230-CV
Trial Court No.: 03-798-K277

Style:      In re Charles Raymond Lee

RECEIVED
AUG 2 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

---

The enclosed opinion was sent this date to the following persons:

The Honorable Stacey Mathews
Judge, 277th District Court
405 MLK Blvd, Box 6
Georgetown, TX 78626-0405

The Honorable Lisa David
Williamson County District Clerk
P. O. Box 24
Georgetown, TX 78627
* DELIVERED VIA E-MAIL *

The Honorable Jana Duty
Williamson County District Attorney
405 Martin Luther King, Box 1
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

Charles Raymond Lee Jr.
3614 Bill Price Rd.
#15-29214
Del Valle, TX 78617

The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00230-CV

### In re Charles Raymond Lee

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### MEMORANDUM OPINION

The petition for writ of mandamus is denied. See Tex. R. App. P. 52.8(a).

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed: August 13, 2015



# COURT OF APPEALS

### THIRD DISTRICT
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

**PRIVILEGED MAIL**
Opened in The Presence

Of
SIGNATURE

Date

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 AUG 13 2015

PRESORTED
FIRST CLASS

RECEIVED
AUG 24 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

CHARLES RAYMOND LEE JR.
3614 BILL PRICE RD.
#15-29214
DEL V/

NIXIE          787      DE 1270      0008/21/15

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC:  78711254747          *0893-02682-21-18